1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    CASEY LOWE,                                    No.  2:24-CV-1287-DMC

12                      Plaintiff,

13          v.                                        <u>ORDER</u>

14    THOMAS J. VILSACK,

15                      Defendant.

16

17            Plaintiff brings this civil action.  Pending before the Court is Plaintiff's notice of

18    voluntary dismissal, ECF No. 13, and the parties' stipulation to amend the caption, ECF No. 14.

19            Plaintiff originally filed suit against Joseph R. Biden, Thomas J. Vilsack, and the

20    U.S. Department of Agriculture.  <u>See</u> ECF No. 1.  Plaintiff has filed a notice of voluntary

21    dismissal of Defendants Joseph R. Biden and the U.S. Department of Agriculture.  <u>See</u> ECF No.

22    13.  Because no answer or motion for summary judgment has been filed, leave of Court is not

23    required and these defendants are dismissed on Plaintiff's notice.  <u>See</u> Fed. R. Civ. P.

24    41(a)(1)(A)(i).  The parties stipulate that this matter shall proceed as against Defendant Thomas J.

25    Vilsack only, in his official capacity as the Secretary of the U.S. Department of Agriculture.  <u>See</u>

26    ECF No. 14.  The stipulation will be approved and the caption for this case shall be as indicated

27    in this order.

28    / / /

Accordingly, IT IS HEREBY ORDERED as follows:

1.      Defendants Joseph R. Biden and the U.S. Department of Agriculture are DISMISSED on Plaintiff's notice.

2.      The Clerk of the Court is directed to terminate Joseph R. Biden and the U.S. Department of Agriculture as defendants to this action.

3.      This matter shall proceed as against Defendant Thomas J. Vilsack only, in his official capacity as Secretary of the U.S. Department of Agriculture.


Dated:  August 15, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE