IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY LOWE,<br><br>   Plaintiff,<br><br>   v.<br><br>THOMAS J. VILSACK,<br><br>   Defendant. | No.  2:24-CV-1287-DMC<br><br><br>ORDER |

      Plaintiff, who is proceeding with retained counsel, brings this civil action.  This matter is set for an initial status/scheduling conference before the undersigned on September 18, 2024, at 10:00 a.m., via Zoom.  On or before September 11, 2024, the parties shall meet and confer and file with the Court a joint scheduling conference statement consistent with Eastern District of California Local Rule 240(a).

      IT IS SO ORDERED.

Dated:  August 27, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1