ERIC GRANT
United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2780
Facsimile: (916) 554-2900

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY G. LOWE,<br><br>                           Plaintiff,<br><br>v.<br><br>THOMAS J. VILSACK, in his official capacity as Secretary of the United States Department of Agriculture,<br><br>                           Defendants. | CASE NO. 2:24-cv-01287-DMC<br><br>**MOTION FOR CONTINUANCE OF THE DEADLINE TO RESPOND TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS, SET SEVEN (7); ORDER** |

      Defendant Thomas J. Vilsack, in his official capacity as Secretary of the United States Department of Agriculture, hereby moves for a continuance of the deadline to respond to Plaintiff's Request for Production, Set Seven (7), that is currently due on October 10, 2025 in the above-referenced case.

      1.     At the end of the day on September 30, 2025, the appropriations that have been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

      2.     Absent an appropriation or continuing resolution, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. That exception is not deemed to include most civil cases.

3. Undersigned counsel for the Department of Justice therefore requests continuance of the deadline to respond to Plaintiff's Request for Production, Set Seven (7), that is currently due on October 10, 2025 until seven (7) days after Congress has restored appropriations to the Department.

4. Counsel may need to file further requests for continuances dependent upon the length of the lapse of appropriations and, subsequent to restored appropriations, counsel may also need to request extensions on other impacted deadlines.

Therefore, Defendant hereby moves for a continuance of the deadline to respond to Plaintiff's Request for Production, Set Seven (7), that is currently due on October 10, 2025 until seven (7) days after Congress has restored appropriations to the Department of Justice and attorneys are permitted to resume their usual civil litigation functions.

Dated: October 9, 2025

ERIC GRANT
United States Attorney

By: */s/ Brendon L.S. Hansen*
BRENDON L.S. HANSEN
Assistant United States Attorney

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | Good cause being established, the motion by Defendant Thomas J. Vilsack, in his official |
| 3 | capacity as Secretary of the United States Department of Agriculture, for a continuance of the deadline |
| 4 | to respond to Plaintiff's Request for Production, Set Seven (7), is granted. The responses shall be due |
| 5 | seven (7) days after Congress has restored appropriations to the Department of Justice and attorneys are |
| 6 | permitted to resume their usual civil litigation functions. |
| 7 | IT IS SO ORDERED. |

Dated: October 10, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE