ERIC GRANT
United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2780
Facsimile: (916) 554-2900

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY G. LOWE,<br><br>Plaintiff,<br><br>v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of the United States Department of Agriculture,<br><br>Defendant. | CASE NO. 2:24-cv-01287-ICD<br><br>**DEFENDANT'S REQUEST TO APPEAR AT HEARING BY VIDEOCONFERENCE; ORDER**<br><br>DATE: October 14, 2026<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Ila C. Deiss |

Defendant Brooke Rollins, in her official capacity as Secretary of the United States Department of Agriculture, through the undersigned counsel, requests permission to appear at the hearing set for October 14, 2026, at 10:00 a.m. by videoconference under Local Rule 174. Good cause exists to grant this request due to the long distance from the undersigned's duty station in Sacramento, California, efficiency, various restrictions regarding travel, and because of family obligations.

Dated: September 15, 2026

ERIC GRANT
United States Attorney

By: */s/ Brendon L.S. Hansen*
BRENDON L.S. HANSEN
Assistant United States Attorney

**ORDER GRANTING REQUEST TO APPEAR AT HEARNIG BY VIDEOCONFERENCE**

Pursuant to Local Rule 174, and good cause appearing, Defendant's counsel is permitted to appear at the hearing set for October 14, 2026, at 10:00 a.m. by videoconference, or for any advanced or continued date set for such hearing. Videoconference information will be provided to counsel.

IT IS SO ORDERED.

Dated: September 16, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE