**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

CASE LOWE,

Plaintiff,

v.

BROOKE ROLLINS,

Defendant.

No. 2:24-CV-1287-ICD

ORDER

Plaintiff brought this civil action. Final judgment was entered on March 5, 2026, ECF No. 67, and this matter is closed. Pending before the Court is Defendant's motion to enforce an agreement between the parties regarding expert witness fees owed to defense expert, Dr. June Hagen. ECF No. 84 (entered on the Court's docket as a motion to re-open discovery). The matter is currently set for hearing on October 14, 2026, at 10:00 a.m., via Zoom. ECF Nos. 86 and 90. Also before the Court is Defendant's motion to advance or continue the hearing on her motion regarding Dr. Hagen's fees. ECF No. 92. Plaintiff has filed an opposition to Defendant's request. ECF No. 93.

Having considered the moving and opposition papers, and having found good cause, Defendant's motion to advance or continue the October 14, 2026, hearing is granted. Defendant's motion regarding Dr. Hagen's fees shall be heard on October 28, 2026, at 2:30 p.m., via Zoom. The Court will provide the parties with connection information separately.

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendant's motion, ECF No. 92, is granted.

2. The hearing on Defendant's motion regarding Dr. Hagen's fees, ECF No. 84, is CONTINUED to **October 28, 2026, at 2:30 p.m**., via Zoom.

3. Plaintiff's request for remote appearance, ECF No. 94, is denied as unnecessary.

Dated: October 6, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE