**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

CASEY LOWE,

Plaintiff,

v.

BROOKE ROLLINS,

Defendant.

No. 2:24-CV-1287-ICD

ORDER

Plaintiff brought this civil action. Final judgment was entered on March 5, 2026, ECF No. 67, and this matter is closed. Pending before the Court is Defendant's motion to enforce an agreement between the parties regarding expert witness fees owed to defense expert, Dr. June Hagen. ECF No. 84 (entered on the Court's docket as a motion to re-open discovery). The parties appeared before the undersigned via Zoom on October 28, 2026, for a hearing, after which the matter was submitted. On November 12, 2026, Defendant filed a notice indicating that expert witness fees had been paid pursuant to the parties' agreement. ECF No. 101. Accordingly, and without ruling on any of the objections raised by Plaintiff in his filings opposing Defendant's motion or at the October 28, 2026, hearing, Defendant's motion, ECF No. 84, is DENIED as moot.

IT IS SO ORDERED.

Dated: November 16, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE